# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>INFORMATION ASSOCIATED WITH MULTIPLE ACCOUNTS<br>THAT ARE STORED ON THE SERVER HOSTING TOR<br>HIDDEN SERVICE ALPHABAY | Case No. |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
computer servers and records of the Tor network website AlphaBay, as identified by the Tor URLs http://pwoah7foa6au2pul.onion and http://pwoah7foa6au2pul.onion/forum, the current location of which is concealed

located in the _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized)*:
certain property, namely electronic information stored on the AlphaBay servers, as described in more detail in the attached affidavit and attachments thereto

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(e) | Bomb Threats |
| 18 U.S.C. § 875(c) | Threats in Interstate Commerce |
| 18 U.S.C. § 1038 | False Information and Hoaxes |

The application is based on these facts:

See attached affidavit incorporated by reference as if fully restated herein.

☑ Continued on the attached sheet.

☑ Delayed notice of   30   days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

MICHELLE TAYLOR, SPECIAL AGENT

*Printed name and title*

Sworn to before me and signed in my presence.

Date:   04/06/2017

*Judge's signature*

City and state:  Washington, D.C.                    U.S. MAGISTRATE DEBORAH A. ROBINSON

*Printed name and title*