# ATTACHMENT A

1.      This warrant authorizes the use of a remote search technique to be deployed on the computer servers hosting AlphaBay, obtaining information described in Attachment B from the accounts described below.

2.      The computer server is the server operating the Tor network website AlphaBay, as identified by the Tor URLs http://pwoah7foa6au2pul.onion and http://pwoah7foa6au2pul.onion/forum, the current location of which are concealed through technological means.

3.      The AlphaBay accounts to be searched are described by the following usernames: Darknet_Legend, itzme9089z, veetgergs, Player001, Anon10, TheMerchant, Vendor_X, Bestworks, alphabaytopbuyer1, topuser1000, The_Hero, StormTeamUP, theuser5185, newplayer1, bbestworks, member10, member 11, bestworks2, XUsername, AlphaBay-Mod-Raspi, AccountShop, belvin830c, Vendor_X_Recovery, Vendor_X_Recovery123c, Vendor_X_2, and randomuser1000.

## ATTACHMENT B

## Items to Be Seized

All information described in Attachment A that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 844(e), bomb threats, 18 U.S.C. § 875(c), threats in interstate commerce, and 18 U.S.C. § 1038, false information and hoaxes, including, for each account or identifier listed in Attachment A, information pertaining to the following matters:

(a) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s);

(b) The identity of the person(s) who created, used, or controlled the Command & Control Servers on which the Alphabay account information was located, as well as their associates and co-conspirators;

(c) The identity of the person(s) who communicated with the user IDs about matters relating to transactions for threatening communications, proxies, or other stolen information such as identities or online account information, including records that help reveal their whereabouts.

(d) The identity, whereabouts, associates, and co-conspirators of Michael Kadar;

(e) The identity and whereabouts of any and all victims of the threatening communications scheme.

This warrant does not authorize the physical seizure of any tangible property. In approving this warrant, the Court finds reasonable necessity for the seizure of stored wire and electronic information as described above. *See* 18 U.S.C. § 3103a(b)(2).