UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION ASSOCIATED WITH MULTIPLE ACCOUNTS THAT ARE STORED ON THE SERVER HOSTING TOR HIDDEN SERVICE ALPHABAY | Misc. No. _____<br><br>**Filed Under Seal** |

## MOTION TO SEAL WARRANT AND RELATED DOCUMENTS

The United States of America, moving by and through its undersigned counsel, respectfully moves the Court for an Order placing the above-captioned warrant and the application and affidavit in support thereof, and all attachments thereto and other related materials (collectively herein the "Warrant") under seal.

### LEGAL BACKGROUND

1. The Court has the inherent power to seal court filings when appropriate, including the Warrant. *United States v. Hubbard*, 650 F.2d 293, 315-16 (D.C. Cir. 1980) (citing *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978)). More particularly, the Court may seal the Warrant to prevent serious jeopardy to an ongoing criminal investigation when, as in the present case, such jeopardy creates a compelling governmental interest in preserving the confidentiality of the Warrant. *See Washington Post v. Robinson*, 935 F.2d 282, 287-89 (D.C. Cir. 1991).

### FACTS SUPPORTING SEALING

1. Execution of the Warrant is part of an ongoing criminal investigation being conducted by the United States. The investigation concerns possible violations of, *inter alia*, 18 U.S.C. § 844(e) (Bomb Threats), 18 U.S.C. § 875(c) (Threats in Interstate Commerce), and 18 U.S.C. § 1038 (False Information and Hoaxes). Although one suspect has been arrested in Israel,

the ongoing investigation if the warrant were public. Sealing is thus necessary to avoid the potential flight from prosecution of accomplices, destruction of or tampering with evidence, intimidation of witnesses, or other acts that would seriously jeopardize the investigation. The investigation is also the subject of a grand jury investigation. The government thus requests that the Warrant be sealed until further order of the Court.

2. WHEREFORE, for all the foregoing reasons, the government respectfully requests that the above-captioned warrant, the application and affidavit in support thereof, and all attachments thereto and other related materials be placed under seal until further order of the Court.

Respectfully submitted,

CHANNING D. PHILLIPS
United States Attorney
D.C. Bar No. 415793

By: _____
Erik Kenerson Ohio Bar No. 82960
Assistant United States Attorney
National Security Section
555 4th Street NW, 11-449
Washington, D.C. 20004
(202) 252-7201
Erik.Kenerson@usdoj.gov