UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION ASSOCIATED WITH MULTIPLE ACCOUNTS THAT ARE STORED ON THE SERVER HOSTING TOR HIDDEN SERVICE ALPHABAY | Misc. No. _____  **Under Seal** |

## ORDER SEALING WARRANT AND RELATED DOCUMENTS

The United States has filed a motion to seal the above-captioned warrant and related documents, including the application and affidavit in support thereof and all attachments thereto and other related materials (collectively the "Warrant").

The Court finds that the United States has established that a compelling governmental interest exists to justify the requested sealing.

It is, therefore, this _____ day of _____, 2017,

ORDERED that the motion is hereby GRANTED, and that the warrant, the application and affidavit in support thereof, all attachments thereto and other related materials, the instant motion to seal, and this Order be SEALED until further order of the Court; and

_____
THE HONORABLE DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

Copy to:
Erik Kenerson
Assistant United States Attorney
National Security Section
555 4th Street NW, 11-449
Washington, D.C. 20530
(202) 252-7201
Erik.Kenerson@usdoj.gov