Case 1:17-mj-00208-DAR Document 5 Filed 05/18/17 Page 1 of 2



AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>INFORMATION ASSOCIATED WITH MULTIPLE ACCOUNTS THAT ARE STORED ON THE SERVER HOSTING TOR HIDDEN SERVICE ALPHABAY | Case: 1:17-mj-000208<br>Assigned To : Magistrate Judge Deborah A. Robinson<br>Assign. Date : 04/06/2017<br>Description: Search & Seizure Warrant |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

computer servers and records of the Tor network website AlphaBay, as identified by the Tor URLs http://pwoah7foa6au2pul.onion and http://pwoah7foa6au2pul.onion/forum, the current location of which is concealed

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

certain property, namely electronic information stored on the AlphaBay servers, as described in more detail in the attached affidavit and attachments thereto

**YOU ARE COMMANDED** to execute this warrant on or before April 20, 2017 *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Deborah A. Robinson_____.
*(United States Magistrate Judge)*

☒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☒ for __30__ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 04/06/2017 3:40 pm   _____
                                            *Judge's signature*

City and state: Washington, D.C.   U.S. Magistrate Judge Deborah A. Robinson
                                    *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>1:17-mj-000208 | Date and time warrant executed:<br>4/6/17; 2300 hrs. | Copy of warrant and inventory left with:<br>N/A |
| Inventory made in the presence of: N/A |||

Inventory of the property taken and name of any person(s) seized:

Copies of data found within the following accounts: alphabaytopbuyer1, Anon10, bbestworks, belvin830c, Darknet_Legend, itzme9089z, member10, member11, newplayer1, randomuser1000, StormTeamUP, The_Hero, TheMerchant, theuser5185, topuser1000, veetgergs, Vendor_X, Vendor_X_Recovery, and Yusername.

**FILED**
MAY 18 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/18/2017

*Michelle Carron Taylor*
Executing officer's signature

Michelle Carron Taylor, Special Agent
Printed name and title