**RECEIVED**

JUN 1 3 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT FOR MULTIPLE ACCOUNTS THAT ARE STORED ON THE SERVER HOSTING HIDDEN SERVICE ALPHABAY | Misc. No. 1:17-mj-000208  <br><br>UNDER SEAL |

**FILED**

JUN 1 3 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### MOTION TO UNSEAL SEARCH WARRANT AND RELATED DOCUMENTS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to unseal the Search Warrant and related documents. In support of this motion, the government states the following:

On April 6, 2017, the government sought—and the Court authorized—the above search and seizure warrant, which was directed at AlphaBay accounts believed to be associated with Michael Kadar, who was arrested in Israel on March 23, 2017 on suspicion of his involvement in sending threatening communications to, *inter alia*, Jewish institutions such as Jewish Community Centers. At the time of its issuance, the government requested and the Court ordered that the search warrant and related documents remain under seal. The primary basis for the sealing of these documents was that there was an ongoing, non-public nature of the criminal investigation into the threats.

That ongoing investigation has identified a suspect believed to have ordered and paid for at least of the bomb threats made by Kadar. The FBI and local authorities in California intend to pursue criminal charges against that suspect. If they are successful in doing so, the local authorities may need this warrant and/or it may be producible in discovery. Undersigned counsel has spoken

to the FBI agents at field offices responsible for the investigations that led to Kadar's arrest, and they are in agreement that this warrant should be unsealed for that purpose.

WHEREFORE, the government moves to unseal this matter, and specifically moves to unseal the above search and seizure warrant and related documents.

                                        Respectfully submitted,

                                        CHANNING D. PHILLIPS
                                        UNITED STATES ATTORNEY
                                        D.C. Bar Number 415-793

By: \_\_\_\_/s/_____
                    ERIK M. KENERSON
                    OH Bar No. 82960
                    Assistant United States Attorney
                    National Security Section
                    United States Attorney's Office
                    555 4th Street, N.W.
                    Washington, D.C. 20530
                    (202) 252-7201
                    Erik.Kenerson@usdoj.gov

Date: June 12, 2017