UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT FOR MULTIPLE ACCOUNTS THAT ARE STORED ON THE SERVER HOSTING HIDDEN SERVICE ALPHABAY | Misc. No. 1:17-mj-000208<br><br>**UNDER SEAL** |

**ORDER TO UNSEAL**

Upon consideration of the government's Motion to Unseal Search Warrant and related Documents, and the entire record in this case, it is hereby

ORDERED, that the government Motion to Unseal is GRANTED; and it is further

ORDERED, that the above matter is unsealed, and specifically that the search and seizure warrant and all related documents in this case are unsealed.

SO ORDERED.

Date: _____     _____
                                                               U.S. MAGISTRATE JUDGE
                                                               UNITED STATES DISTRICT COURT