**FILED**

JUL 19 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT FOR MULTIPLE ACCOUNTS THAT ARE STORED ON THE SERVER HOSTING HIDDEN SERVICE ALPHABAY | Misc. No. 1:17-mj-000208<br><br>UNDER SEAL |

### ORDER TO UNSEAL

Upon consideration of the government's Motion to Unseal Search Warrant and related Documents, and the entire record in this case, it is hereby

ORDERED, that the government Motion to Unseal is GRANTED; and it is further

ORDERED, that the above matter is unsealed, and specifically that the search and seizure warrant and all related documents in this case are unsealed.

SO ORDERED.

Date: July 19, 2017                         _____
U.S. MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
**Deborah A. Robinson**
United States Magistrate Judge